UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL D. HAFER,<br><br>        Petitioner,<br><br>  vs.<br><br>LARRY TAYLOR,<br><br>        Respondent. | NO.  CV-07-5045-RHW<br><br>ORDER DISMISSING PETITION |

By Order filed October 22, 2007, the court advised Petitioner of the deficiencies of his Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254.  The court directed Mr. Hafer to amend within sixty (60) days to demonstrate he has exhausted his claims through the state court system.  *See Rose v. Lundy,* 455 U.S. 509, 518-20 (1982).

Petitioner, a *pro se* prisoner at the Benton County Jail, is proceeding *in forma pauperis*.  He has not complied with this court's directive to amend.  Consequently, for the reasons set forth above and in the court's previous Order, **IT IS ORDERED** the Petition is **DISMISSED without prejudice** for failure to exhaust state court remedies.

///

///

ORDER DISMISSING PETITION -- 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Petitioner at his last known address and close the file.

**DATED** this 28th day of March, 2008.

                                        *s/Robert H. Whaley*
                                        ROBERT H. WHALEY
                           CHIEF UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2007\hafer.dismiss.wpd

ORDER DISMISSING PETITION -- 2