AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Daniel D. Hafer

JUDGMENT IN A CIVIL CASE

v.

Larry Taylor

CASE NUMBER: CV-07-5045-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Petitioner failed to comply with this court's directive to amend. Consequently, the Petition is DISMISSED Without Prejudice for failure to exhaust state court remedies.

| | |
|---|---|
| 03/28/08 | JAMES R. LARSEN |
| Date | Clerk |
| | s/ Vikki Johnson |
| | (By) Deputy Clerk |
| | Vikki Johnson |